No. 93–1610. COLLINS LICENSING v. AMERICAN TELEPHONE & TELEGRAPH CO. C. A. Fed. Cir. Certiorari denied. JUSTICE

O'CONNOR took no part in the consideration or decision of this petition.